**Honorable Barbara J. Rothstein**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AT TACOMA

| | |
|---|---|
| J BELLS, LLC DBA BISHOP CUTS AND COLORS, <br><br> VS. <br><br><br><br><br> SENTINEL INSURANCE COMPANY LIMITED, <br><br> *Defendant*. | No. 3:20-cv-05820-BJR <br><br> **NOTICE OF FILING OF PLAINTIFFS' STATEMENT IN RESPONSE TO FIRST SCHEDULING ORDER** |

On November 4, 2020, Plaintiff filed "Plaintiffs' Statement in Response to First Scheduling Order" in *Wade K. Marler, DDS v. Aspen American Insurance Company*, Case No. 2:20-cv-00616-BJR. Plaintiff Marler filed the Statement in connection with the Court's upcoming November 9, 2020 Case Management Conference, and in response to the Court's First Scheduling Order entered in the above-referenced case on September 29, 2020. A copy of the Statement is attached hereto. Plaintiff J Bells, LLC dba Bishop Cuts and Colors joins in the Plaintiffs' Statement in Response to First Scheduling Order, submitted herewith.

///

///

///

///

Respectfully submitted,

Lance Loyd, Attorney at Law
78 Island Blvd.
Fox Island, WA 98333
Telephone:	(210) 213-2464
Electronic Mail:  lance@lanceloyd.com


BY: *Lance Loyd*
    LANCE LOYD
    State Bar No. 56039
AND

Shannon E. Loyd
Texas Bar No. 24045706
THE LOYD LAW FIRM, P.L.L.C.
12703 Spectrum Drive, Suite 201
San Antonio, Texas  78249
Telephone:	(210) 775-1424
Electronic Mail:  shannon@theloydlawfirm.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing Notice of Filing of Plaintiffs' Statement in Response to First Scheduling Order on the following individuals via the Court's CM/ECF system on November 5, 2020:

Matthew S. Adams, WSBA No. 18820
James E. Horne, WSBA No. 12166
Forsberg & Umlauf, P.S.
901 Fifth Ave., Suite 1400
Seattle, WA 98164
Tel: 206-689-8500
Fax: 206-689-8501
Email: MAdams@FoUm.law
Email: JHorne@FoUm.law

**Attorneys for Defendant**

*Lance Loyd*
LANCE LOYD